UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------x
HELAYNE SEIDMAN,

                     Plaintiff,

         - against -

GREEN BOTTLE PICTURES, INC.;
INTUITIVE ENTERTAINMENT, LLC;
CORNWELL CASTING, INC.;
BRAVO MEDIA LLC;
NBC UNIVERSAL, INC.,

                     Defendants.
---------------------------------------------------------------x

14 Civ. 4229 (RA)

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.1 of the District Court for the Southern District of New York, to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendants Green Bottle Pictures, Inc.; Intuitive Entertainment, LLC; Cornwell Casting, Inc.; Bravo Media LLC; and NBCUniversal Media, LLC (incorrectly sued as "NBC Universal, Inc."), by and through their undersigned attorneys, Davis Wright Tremaine LLP, state that:

      Green Bottle Pictures, Inc. is a privately held corporation with no parent company and no publicly traded entity owns 10% or more of its stock;

      Intuitive Entertainment LLC is a privately held limited liability company with no parent company and no publicly traded entity has a 10% or greater interest in it;

      Cornwell Casting Inc. is a privately held corporation with no parent company and no publicly traded entity owns 10% or more of its stock; and

      Bravo Media LLC is a wholly-owned, indirect subsidiary of NBCUniversal Media, LLC. NBCUniversal Media, LLC is an indirect subsidiary of Comcast Corporation, which is publicly

traded.  Comcast Corporation does not have a parent company and no other publicly held company owns 10% or more of its stock.

Dated: New York, New York
August 6, 2014

                              DAVIS WRIGHT TREMAINE LLP

                              By: /s/ James Rosenfeld

                              James Rosenfeld
                              Eric Feder
                              1633 Broadway
                              New York, New York 10019
                              Telephone:  (212) 489-8230