UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HELAYNE SEIDMAN,

                        Plaintiff,

        v.

GREEN BOTTLE PICTURES, INC.; INTUITIVE
ENTERTAINMENT, LLC; CORNWELL CASTING,
INC.; BRAVO MEDIA LLC; NBC UNIVERSAL, INC.

                        Defendants.

------------------------------------------------------------------X

Case No. 14 Civ. 4229

CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

RONNIE ABRAMS, United States District Judge:

      Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1. All parties **do not consent** to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. [*If all parties consent, the remainder of the Order need not be completed at this time*.]

2. The parties **have** engaged in settlement discussions.

3. This case **is** to be tried to a jury.

4. No additional parties may be joined after **November 25, 2014** without leave of the Court.

5. No additional causes of action or defenses may be asserted after **November 25, 2014** without leave of the Court.

6. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than **October 10, 2014**.

7. All fact discovery is to be completed no later than **January 26, 2015**.

8. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following

interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 7 above.

   a. Initial requests for production of documents shall be served by **October 10, 2014**.

   b. Interrogatories shall be served by **October 10, 2014**.

   c. Depositions shall be completed by **January 26, 2015**.

   d. Requests to Admit shall be served no later than **January 26, 2015**.

9. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by **April 27, 2015**. [The parties shall be prepared to describe their contemplated expert discovery and the bases for their proposed deadlines at the initial conference.]

10. All discovery shall be completed no later than **April 27, 2015**

11. The Court will conduct a post-discovery conference on _____ at _____. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

12. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

13. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

   a. ✓ Referral to a Magistrate Judge for settlement discussions.

   b. X Referral to the Southern District's Mediation Program. [*Note that all employment discrimination cases, except cases brought under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201* et seq., *are designated for automatic referral to the Court's Alternative Dispute Resolution program of mediation. Accordingly, counsel in such cases should select 13(b)*.]

   c. X Retention of a private mediator.

        The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

14. The parties have conferred and their present best estimate of the length of trial is **five (5) days**.

SO ORDERED.

Dated: New York, NY
       _____, 2014

                                  _____
                                  Ronnie Abrams
                                  United States District Judge